# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2355

_____

United States of America

*Plaintiff - Appellee*

v.

Kevin Eugene Lee

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: February 5, 2018
Filed: February 9, 2018
[Unpublished]

_____

Before WOLLMAN, LOKEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Kevin Lee appeals after the district court[1] resentenced him, imposing a prison term within the calculated Guidelines range. His counsel has moved for leave to

_____

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that the district court improperly denied a motion for sealed documents and imposed a substantively unreasonable sentence.  Lee has filed a supplemental brief arguing that his sentence is substantively unreasonable.

We conclude that the district court did not abuse its discretion in denying Lee's motion for sealed documents.  <u>See</u> <u>United States v. Spotted Elk</u>, 548 F.3d 641, 672 (8th Cir. 2008) (abuse-of-discretion review; noting that defendant failed to show special need for sealed document in light of publicly available sources).  We further conclude that the district court did not impose an unreasonable sentence.  <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard; noting that if sentence is within Guidelines range, appellate court may, but is not required to, apply presumption of reasonableness).

Finally, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.  Accordingly, the judgement is affirmed, and counsel's motion to withdraw is granted.

_____